

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE EL PASO EDUCATION INITIATIVE, INC. d/b/a BURNHAM WOOD CHARTER SCHOOL, | § | No. 08-17-00049-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| AMEX PROPERTIES, LLC, | § | (TC# 2008-2370) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in that part of the judgment denying Appellant's plea to the jurisdiction as to Appellee's breach of contract claim and its claim for consequential damages. We therefore affirm that part of the judgment. We conclude there was error in that part of the judgment denying Appellant's plea to the jurisdiction as to Appellee's claim for attorney's fees. We therefore reverse that part of the judgment and render judgment granting the plea to the jurisdiction as to Appellee's claim for attorney's fees.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.